JOHN J. BUNDSCHUH, Respondent, Appellant, v. MORANTI & RAYMOND, INC. (Also Known as PAUL J. MORANTI, INC.), Appellant, and THE CITY OF NEW YORK, Respondent.

Judgment in so far as appealed from by defendant Moranti & Raymond, Inc. (also known as Paul J. Moranti, Inc.), affirmed, with costs to the plaintiff against said defendant. Judgment in so far as appealed from by plaintiff affirmed, with costs to the defendant The City of New York. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to reverse and grant a new trial as to The City of New York, with costs to the plaintiff to abide the event. No opinion.

O'MALLEY, J. (dissenting). I dissent and vote to reverse and grant a new trial as to The City of New York, with costs to the plaintiff to abide the event on the ground that there was presented a question of fact as to the negligence of said defendant. Patrolman Johnson saw the planks laid and had knowledge that they were not nailed. In these circumstances, it is for the jury to say whether or not the city had sufficient notice. Finch, P. J., concurs.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on the Complaint of PAULA BASSANER, Respondent, v. ALEXANDER BUNCHUK, Appellant.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CONSOLIDATED CIGAR CORPORATION, Respondent, v. UNION INDEMNITY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN KASTEN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.